# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

SEP 27 2018

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| United States of America<br>v.<br>Jamil Zubairtariq Ali<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. H18-1517M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 27, 2018__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111 (b) | focibly assaulting, resisting, or impeding certain officers or employees while using a deadly or dangerous weapon. |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

J. Brian Wilson, Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/27/2018

*Judge's signature*

Peter Bray U.S.M.J
*Printed name and title*

City and state: Houston, TX

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, J. Brain Wilson, being duly sworn, do hereby depose and state:

1. I am a U.S. Postal Inspector with the United States Postal Inspection Service ("USPIS"), and has been employed in this capacity since August of 2004. Prior to my appointment as a U.S. Postal Inspector, your affiant was a Police Officer with the Virginia Beach Police Department for approximately 5½ years. Your affiant is currently assigned to the Violent Crimes team in the Houston Division and is responsible for conducting investigations into violent offenses against the United States Postal Service (hereinafter referred to as "USPS") and its employees.

2. The information contained within this Affidavit is based upon information your affiant has gained from his investigation, his personal observations, his training and experience, and/or information provided to your affiant by other Postal Inspectors and law enforcement officers and/or agents.

3. On August 29, 2018, Postal Inspectors were notified and responded to an incident where City Carrier Assistant (CCA) Chenequa Gallien, a federal employee of the United States Postal Service as defined in 18 United States Code, Section 1114, had an unknown black male point a gun at her during the course of her official duties. Inspectors Wilson and Provost interviewed CCA Gallien at the University Post Office and obtained the following information: At approximately 11:25am, CCA Gallien was parked in the 2600 block of Grant Street, Houston, TX 77006 near Pacific Street when the suspect opened the back doors of her Pro-master Postal Vehicle (PPV). When the suspect observed CCA Gallien was in the back of the truck, he immediately went back to his car, which was parked directly behind the PPV. CCA Gallien stuck her head out and asked twice, "What are you doing?" The suspect was standing on the driver side of his vehicle, a silver BMW, with his right leg in the car and his left leg out. The suspect reached down to his waist and slowly

removed a handgun and pointed it at her and said, "What are you doing, what are you trying to do?" Once the suspect pulled the gun, CCA Gallien pulled the doors of the PPV closed and went to the front to press the key lock button. CCA Gallien then started the PPV and watched the suspect from the rear camera. The suspect pulled out from behind the PPV and continued traveling down Grant Street before making a right on Hyde Park Street. CCA Gallien called her supervisor and drove back to the Post Office.

4. On September 27, 2018, a photo line-up was shown to CCA Gallien based on the investigative development of a suspect. CCA Gallien positively identified the suspect who pointed a gun at her as #3. The suspect in location #3 is identifed as Jamil Zubairtariq Ali. Ali is also a suspect in prior postal mail vehicle thefts.

5. Based on the foregoing, your affiant believes there is probable cause to believe that on August 29, 2018, in Houston, Texas, which is located in the Southern District of Texas, Jamil Zubairtariq Ali, did forcibly assault and interfere with the official duties of CCA Gallien and did use a deadly or dangerous weapon, in violation of Title 18, United States Code, section 111(b).

9/27/18
Date

Affiant, J. Brian Wilson
U.S. Postal Inspector

Sworn and Subscribed to me this 27 day of September, 2018 and I find probable cause.

Peter Bray
United States Magistrate Judge
Southern District of Texas