UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



FILED
OCT 11 2018
David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CRIMINAL No. **18 CR 608** |
| JAMIL ZUBAIRTARIQ ALI | § | |
| Defendant | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One
(Theft of Mail)

On or about August 27, 2018, in the Houston Division of the Southern District of Texas,

**JAMIL ZUBAIRTARIQ ALI**

defendant herein, did steal and take from and out of an official mail carrier vehicle located on a postal mail route near 1639 Dunlavy Street, Houston, Texas, fifty (50) packages, which were to be delivered by postal employee Darence Goffney and were addressed to various recipients on Dunlavy Street, Kipling Street, Mandell Street, Hawthorne Street, Harold Street and Fairview Avenue, in Houston Texas.

In violation of Title 18, United States Code, Section 1708.

RYAN K. PATRICK
United States Attorney

By: *[signature]*
JENNIE L. BASILE
Assistant United States Attorney